D. Andrew Portinga (Bar No. P55804)
(Admitted Pro Hac Vice)
MILLER JOHNSON
Co-Counsel for Plaintiff
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
portingaa@millerjohnson.com

William Green-SBN 129816
Kailyn J. Sharp-SBN 311140
DELFINO GREEN & GREEN
Co-Counsel for Plaintiff
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
bill@dgglaw.com
kailyn@dgglaw.com

Attorneys for Plaintiff
JAMES R. RICHARDSON

4/1/2020

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. RICHARDSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>KAISER PERMANENTE EMPLOYEES PENSION PLAN FOR THE PERMANENTE MEDICAL GROUP, INC. and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>  Defendants. | Case No.: 4:19-CV-04076-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Yvonne Gonzales Rogers<br><br>Complaint Filed: July 16, 2019<br>Amended Complaint Filed: August 29, 2019<br>Trial Date: None |

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action stipulate to the dismissal of all claims and matters in this action. This dismissal is with prejudice and without costs or attorneys' fees.

Dated:  March 31, 2020                    MILLER JOHNSON
                                          By:  /s/ D. Andrew Portinga
                                            D. Andrew Portinga (Bar No. P55804)
                                            (Admitted Pro Hac Vice)

                                            Attorneys for Plaintiff
                                            JAMES R. RICHARDSON


Dated:  March 31, 2020                    TRUCKER ✦ HUSS
                                          By:  /s/ Clarissa Kang
                                            Clarissa Kang (SBN No. 210660)

                                            Attorneys for Defendants
                                            KAISER PERMANENTE EMPLOYEES
                                            PENSION PLAN FOR THE
                                            PERMANENTE MEDICAL GROUP,
                                            INC. and KAISER FOUNDATION
                                            HEALTH PLAN, INC.